UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| BRIAN CRUZ,<br><br>        Plaintiff - Appellant,<br>v.<br><br>JAMES GOMEZ; et al.,<br><br>        Defendants - Appellees. | No. 06-16473<br>D.C. No. CV-98-02322-LKK/GGH<br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: Petitioner's appeal is based upon Ngo v. Woodford, 403 F.3d 620 (9th Cir. 2005), which was reversed by the Supreme Court, 126 S.Ct 2378 (2006).

 

_____
Judge
United States District Court

Date: 10/6/06